CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JAN 2 8 2020

JULIA C. DUDLEY, CLERK
BY: [signature]
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

DANIELLE W., o/b/o M.G.W., a minor child,

Plaintiff,

v.

ANDREW SAUL, Commissioner of Social Security,

Defendant.

Civil Action No. 7:19CV00009

**FINAL JUDGMENT AND ORDER**

By: Hon. Glen E. Conrad
Senior United States District Judge

Plaintiff Danielle W. filed this action on behalf of M.G.W., a minor child, challenging the final decision of the Commissioner of Social Security denying plaintiff's claim for child's supplemental security income benefits under Title XVI of the Social Security Act, 42 U.S.C. §§ 1381–1383f. The matter was referred to United States Magistrate Judge Robert S. Ballou, pursuant to 28 U.S.C. § 636(b)(1)(B), for proposed findings of fact, conclusions of law, and a recommended disposition. The magistrate judge submitted a Report and Recommendation on January 10, 2020, in which he recommends that the court grant the plaintiff's motion for summary judgment, deny the Commissioner's motion for summary judgment, and remand the case to the Commissioner for additional consideration under sentence four of 42 U.S.C. § 405(g). No objections to the Report and Recommendation have been filed, and the court is of the opinion that the Report and Recommendation should be adopted in its entirety.

Accordingly, it is hereby

**ORDERED**

as follows:

1. The January 10, 2020 Report and Recommendation (Dkt. No. 19) is **ADOPTED** in its entirety;

2. The plaintiff's motion for summary judgment (Dkt. No. 14) is **GRANTED**;

3. The Commissioner's motion for summary judgment (Dkt. No. 11) is **DENIED**;

4. The case is **REMANDED** to the Commissioner for further development and consideration;

5. Upon remand, should the Commissioner be unable to decide this case in plaintiff's favor on the basis of the existing record, the Commissioner shall conduct a supplemental administrative hearing at which both sides will be allowed to present additional evidence and argument; and

6. The parties are advised that the court considers this remand order to be a "sentence four" remand. See Melkonyan v. Sullivan, 501 U.S. 89 (1991); Shalala v. Schaefer, 509 U.S. 292 (1993). Thus, this order of remand is a final order. If the Commissioner should again deny plaintiff's claim for benefits, and should plaintiff again choose to seek judicial review, it will be necessary for plaintiff to initiate a new civil action within sixty (60) days from the date of the Commissioner's final decision on remand. See 42 U.S.C. § 405(g).

The Clerk is directed to send copies of this order to all counsel of record.

DATED: This 28th day of January, 2020.

Glen Conrad

Senior United States District Judge